

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00968-CV

CECILIA CLINKSCALE, Appellant

V.

LEIROI MICKELE DANIELS, Appellee

Appeal from the 113th District Court of Harris County (Tr. Ct. No. 2012-58724)

Appellant, Cecilia Clinkscale, has neither established indigence nor paid, or made arrangements to pay, all the required fees. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that the appellant, Cecilia Clinkscale, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 16, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.